**Opinion filed July 11, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00032-CV

_____

## IN THE INTEREST OF T.D.R. AND S.L.R., CHILDREN

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-132,865**

### M E M O R A N D U M   O P I N I O N

Appellant, Darrell Ratliff, filed a pro se notice of appeal from an order relating to child support. In letters dated February 1, 2013, and May 3, 2013, we notified Appellant that the $175 filing fee was due in this case. In the second letter, we informed Appellant that "[i]f the fee is not paid on or before **May 13, 2013,** this matter will be referred to our Court and the case is subject to dismissal." We have received no response to our letters. As of this date, Appellant has not paid the filing fee.

Because Appellant has failed to pay the required filing fee, we dismiss the appeal.  TEX. R. APP. P. 5, 42.3.

PER CURIAM


July 11, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.